[No. 31924-8-I. Division One. June 12, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD SPRUEL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-05516-1, Jim Bates, J., entered November 25, 1992. *Remanded* by unpublished opinion per Webster, J., concurred in by Grosse and Becker, JJ.

[No. 32803-4-I. Division One. June 12, 1995.]

ERNEST R. HENKEN, ET AL., *Appellants*, v. DAVID M. SIMMS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 88-2-00693-4, Michael F. Moynihan, J., entered April 23, 1993. *Reversed* by unpublished opinion per Webster, J., concurred in by Becker and Cox, JJ.

[No. 33922-2-I. Division One. June 12, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY EVANS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-05373-4, LeRoy McCullough, J., entered December 10, 1993. *Remanded* by unpublished per curiam opinion.